IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARY ANN DANIELS and ) | |
| RICHARD J. DANIELS ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No.  CV206-58 |
| ) | |
| HONEYWELL INTERNATIONAL,INC. ) | |
| *formerly known as* ALLIEDSIGNAL,INC. and ) | |
| *formerly known as* ALLIED CHEMICAL CORP) | |

### ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleadings, #7.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA